# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

IN RE: Caribbean Petroleum Corp., et al.
_____

| | | |
|---|---|---|
| Holders of Claims asserted on Proof of Claim No. 2263, | : | |
| Appellant | : | C. A. No. 13-820 |
| v. | : | Bankruptcy No. 10-12553 |
| | : | Adv. Proc. No. 12-51001 |
| FTI Consulting, Inc., | : | AP No. 13-42 |
| Appellant | : | |
| _____ | : | |
| Holders of Claims asserted on Proof of Claim No. 2263, | : | |
| Appellant | : | C. A. No. 13-821 |
| v. | : | Bankruptcy No. 10-12553 |
| | : | AP No. 13-42 |
| FTI Consulting, Inc., | : | |
| Appellant | : | |

## **RECOMMENDATION**

At Wilmington this **21st** day of **May, 2013**.

WHEREAS, pursuant to paragraph 2(a) of the Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District dated September 11, 2012, the court conducted an initial review, which included information from counsel, to determine the appropriateness of mediation in these matter;

WHEREAS, as a result of the above screening process, the issues involved in this case are not amenable to mediation and mediation at this stage would not be a

productive exercise, a worthwhile use of judicial resources nor warrant the expense of the process.

THEREFORE, IT IS RECOMMENDED that, pursuant to paragraph 2(a) Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District and 28 U.S.C. § 636(b), these matters, which are companion matters to 13-720 and 13-731, previously recommended to be withdrawn from mandatory mediation, also be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this Court.  The parties are advised of their right to file objections filed to this Recommendation pursuant to 28 U.S.C. § 636(b)(1)(B), FED. R. CIV. P. 72(a) and D. DEL. LR 72.1.

Local counsel are obligated to inform out-of-state counsel of this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE